JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT PFIZER, INC.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o DIANE TENCZA,<br><br>                Plaintiffs,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; WYETH PHARMACEUTICALS; ABC CORP. (1-10) (said names being fictitious and unknown entities),<br><br>                Defendants. | Civil Action No. 2:12-cv-4387(CCC)(JAD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Montvale Surgical Center, and Defendant Pfizer Inc., as successor-in-interest to Wyeth, Inc., sued herein as Wyeth Pharmaceuticals ("Pfizer"), through their undersigned counsel who are authorized to enter into this stipulation, that Plaintiff's Complaint against Pfizer is dismissed in its entirety, with prejudice, and without costs and attorneys' fees.

By:_____
    Andrew R. Bronsnick, Esq.
    Massood & Bronsnick, LLC
    50 Packanack Lake Road East
    Wayne, NJ 07470
    Attorneys for Plaintiffs

By:_____
    John M. Nolan, Esq.
    Carla D. Macaluso, Esq.
    Jackson Lewis LLP
    220 Headquarters Plaza
    East Tower, 7th Floor
    Morristown, NJ 07960
    Attorneys for Defendant Pfizer Inc.

Dated:_____

Dated: 1/8/14

205082 Tencza Stip of Dismissal(1).docx
4831-5334-7862, v. 1